IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )        8:08CR350
                                 )
          v.                     )
                                 )
JESUS URIBE ROBLES,              )            ORDER
                                 )
               Defendant.        )
_____ )
```

This matter is before the Court on defendant's motion to extend time to file objection to report and recommendation (Filing No. 47). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 15, 2009, to file objections to the report and recommendation of the magistrate judge.

DATED this 28th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court