IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR350 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS URIBE ROBLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after review of defendant's objection to the report and recommendation of the magistrate judge (Filing No. 50), and his brief in support thereof (Filing No. 51).  The Court finds the plaintiff should file an answer brief.  Accordingly,

IT IS ORDERED that plaintiff shall have until September 8, 2009, to file an answer brief to defendant's brief in support of his objection to the report and recommendation of the magistrate judge.

DATED this 21st day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court