IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR350 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS URIBE ROBLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the consent motion to extend (Filing No. 56). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until September 16, 2009, to respond to defendant's objection to the report and recommendation of the magistrate judge.

DATED this 9th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court